AO 399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Waiver of Service of Summons

TO:    Washington Mutual, 70 W. Madison Street, Chicago, IL. 60602
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,    Washington Mutual Bank    , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Azziz Ibraham v. Washington Mutual
(CAPTION OF ACTION)

which is case number    08 CV 4164    in the United States District Court
(DOCKET NUMBER)

for the Northern District of Illinois.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means
by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit
by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the
manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the
jurisdiction or venue of the court except for objections based on a defect in the summons or in the service
of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if
an answer or motion under Rule 12 is not served upon you within 60 days after    July 23 2008,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

August 20, 2008
(DATE)

_(signature)_
(SIGNATURE)

Printed/Typed Name:    Glenn E Heilizer

As    attorney    for    Washington Mutual Bank.
(TITLE)          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the
summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located
in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown
for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been
brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.
A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service
of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or
unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or
motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed
more time to answer than if the summons had been actually served when the request for waiver of service was received.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

AZZIZ IBRAHAM,                              )
SHMOONI IBRAHAM                            )
                                            )
        Plaintiff,                          )
                                            )
        v.                                  )        Case No. 08 CV 4164
                                            )
WASHINGTON MUTUAL f/k/a                     )
WASHINGTON MUTUAL BANK, F.A.               )
                                            )        Judge: James B. Zagel
                                            )        Magistrate:  Morton Denlow
        Defendants.                         )

## NOTICE OF FILING

To:     Mr. Glenn Heilizer
        Law Ofcs. of Glenn E. Heilizer
        5 N. Wabash Avenue
        Suite 1304
        Chicago, IL  60602

Please take notice that on August 25, 2008, there will be filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, the Waiver of Service of Summons, executed by Washington Mutual Bank.

                        MATTON & GROSSMAN, PC

                        s/Douglas M. Matton
                By:     _____
                        Douglas M. Matton


CERTIFICATION OF MAILING

I, Douglas M. Matton, certify that I served a copy of the above Notice, together with its attachments to be served upon those persons delineated above, by enclosing a copy in a properly addressed, stamped and sealed envelope and depositing the same in the U.S. Mail at 200 W. Madison Street, Chicago, Illinois on August 25, 2008.

                        s/Douglas M. Matton
                        _____
                        Douglas M. Matton


**Matton & Grossman, PC**
Attorneys for A. Ibraham
200 W. Madison Street
Suite 710
Chicago, IL  60606
(312)236-9800
Attorney No.: 6225571